ERIC GRANT
United States Attorney
JONATHAN H. YU
Special Assistant United States Attorney
501 I Street, Suite 10100
Sacramento, CA 95814
Telephone:  (916) 554-2700

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATNAM SINGH,<br><br>                              Petitioner,<br><br>                    v.<br><br>CALIFORNIA CITY DETENTION CENTER,<br><br>                              Respondent. | CASE NO.  2:25-CV-3724-DJC-JDP<br><br>STIPULATION RE: BRIEFING SCHEDULE |

The parties conferred on January 28, 2026, as directed by the Court in its Order.  ECF 4.  The parties agree to the following schedule re briefing on the petition:

1.    Petitiner shall file his amended Petition no later than February 16, 2026.

2.    The government shall file its answer or return to the amended Petition no later than March 5, 2026.

3.    Petitioner shall file his traverse, if appropriate, no later than March 19, 2026.

///

///

///

1

In their future filings the parties will address whether a hearing is needed on the petition and, if so, scheduling of that matter.

Respectfully Submitted,

Dated:  January 28, 2026

*/s/ Mohamad A. Baydoun*
MOHAMAD A. BAYDOUN
Attorney for Petitioner, Satnam Singh

ERIC GRANT
United States Attorney

Dated:  January 28, 2026

*/s/ Jonathan H. Yu*
JONATHAN YU
Special Assistant U.S. Attorney
Attorneys for Respondent

**O R D E R**

The above schedule is adopted.

IT IS SO ORDERED.

Dated:    January 30, 2026    

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2