UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SATNAM SINGH,

Petitioner,

v.

CALIFORNIA CITY DETENTION CENTER, *et al.*,

Respondent,

Case No.  2:25-cv-3724-DJC-JDP

ORDER

Petitioner, initially proceeding pro se, filed a petition for writ of habeas corpus.  ECF No. 1.  I appointed him counsel and set a briefing schedule.  ECF Nos. 4 & 11.  On February 12, 2026, petitioner filed an amended petition and a motion for a temporary restraining order.  ECF Nos. 12 & 13.  The district judge thereafter withdrew reference of this matter to me so that he could expeditiously handle the motion for a temporary restraining order.  ECF No. 14.  After reviewing a response from the government and a declaration from petition, the district judge denied the motion for a temporary restraining order and referred the matter back to me for further proceedings.  ECF No. 17.

Accordingly, I now set the following briefing schedule on the petition: within seven days of the date of this order, respondents may file an answer.  If respondents do so, petitioner may file a traverse within seven days.  If respondents do not file an answer by this deadline, the matter will

1

be deemed submitted.

Accordingly, it is hereby ORDERED that if additional briefing is needed, respondents may file an answer within seven days of the date of this order. If respondents file an answer, petitioner may file a traverse within seven days. If respondents do not file an answer by this deadline, the matter will be deemed submitted.

IT IS SO ORDERED.


Dated:    March 12, 2026                          _____
                                          JEREMY D. PETERSON
                                          UNITED STATES MAGISTRATE JUDGE